UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| BROOKE MORRISON, | ) | |
|---|---|---|
| Plaintiff(s), | ) | |
| vs. | ) | Case No. 4:13-cv-00389 JCH |
| CAROLYN W. COLVIN, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

# ORDER

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Lewis M. Blanton, filed on January 23, 2014. In his report, Magistrate Judge Blanton recommends that the Court reverse the decision of the Commissioner, and remand this case for further proceedings consistent with his Report and Recommendation. Neither party has filed objections to the Report and Recommendation.

After review of the record in this matter, the Court concurs in the Magistrate Judge's findings and will adopt the Report and Recommendation. Specifically, the Court agrees it would be appropriate to reverse and remand this matter to the Commissioner for further administrative proceedings.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of Magistrate Judge Lewis M. Blanton (ECF No. 18) is adopted and incorporated herein.

**IT IS FURTHER ORDERED** that, pursuant to Sentence Four of 42 U.S.C. § 405(g), this matter is reversed and remanded to the Commissioner for further proceedings consistent with the Magistrate Judge's Report and Recommendation and with this Order. A separate Order of Remand shall accompany this Order.


Dated this 28th day of February, 2014.


                                              /s/ Jean C. Hamilton
                                              UNITED STATES DISTRICT JUDGE